IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIRK DOUGLAS WILLIAMS,

    Plaintiff,                        No. CIV S-10-2893 KJM CKD P

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.             ORDER

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis pursuant to 42 U.S.C. § 1983. On August 11, 2011, plaintiff filed a motion to stay this action until the completion of his administrative appeals concerning the allegations in this action. However, there is no mechanism for "staying" a section 1983 action, as compared to the "stay and abeyance option" available in habeas corpus actions. See Kilgore v. Mandeville, 2011 WL 4048406 at *2 (E.D. Cal. 2011) (same), citing Rhines v. Weber, 544 U.S. 269 (2005).

////
////
////
////
////

1  Therefore, IT IS HEREBY ORDERED that plaintiff's August 11, 2011 motion to
2  stay (Dkt. No. 16) is denied.
3  Dated: October 5, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8  2 / will2893.ord2