IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIRK DOUGLAS WILLIAMS,

            Plaintiff,                    No. CIV S-10-2893 KJM CKD

      vs.

STATE OF CALIFORNIA, et al.,

            Defendants.              ORDER

_____/

            On August 11, 2011, plaintiff filed a request for reconsideration of the magistrate judge's order filed July 29, 2011, denying plaintiff's complaint with leave to amend.  As provided by E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the file, the court finds that the magistrate judge's ruling was not clearly erroneous or contrary to law.

            Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed July 29, 2011, is affirmed.  Plaintiff is granted an additional thirty days from the issuance of this order to file an amended complaint.

DATED:  October 25, 2011.

_____
UNITED STATES DISTRICT JUDGE