1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9    KIRK DOUGLAS WILLIAMS,

10              Plaintiff,              No. CIV S-10-2893 KJM CKD P

11        vs.

12   STATE OF CALIFORNIA, et al.,

13              Defendants.            ORDER

14   _____/

15              On October 13, 2011, plaintiff filed a request for reconsideration of the magistrate

16   judge's order filed September 28, 2011, denying plaintiff's motion for reasonable

17   accommodations.  As provided by E.D. Local Rule 303(f), a magistrate judge's orders shall be

18   upheld unless "clearly erroneous or contrary to law."  Upon review of the file, the court finds

19   that the magistrate judge's ruling was not clearly erroneous or contrary to law.

20              Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of

21   the magistrate judge filed September 28, 2011, is affirmed.

22   DATED:  October 25, 2011.

23

24   _____
                    UNITED STATES DISTRICT JUDGE

25   /will2893.850(2)

26