IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIRK DOUGLAS WILLIAMS,

      Plaintiff,                     No. CIV S-10-2893 KJM CKD P

      vs.

STATE OF CALIFORNIA, et al.,

      Defendants.            ORDER

_____/

      On October 13, 2011, plaintiff filed a request for reconsideration of the magistrate judge's order filed September 28, 2011, denying plaintiff's motion for reasonable accommodations. As provided by E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the file, the court finds that the magistrate judge's ruling was not clearly erroneous or contrary to law.

      Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed September 28, 2011, is affirmed.

DATED: October 25, 2011.

                                                  UNITED STATES DISTRICT JUDGE

/will2893.850(2)