IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIRK DOUGLAS WILLIAMS,

    Plaintiff,                    No. CIV S-10-2893 KJM CKD P

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.             ORDER

_____/

Plaintiff has requested an extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (Docket No. 25) is granted; and

2. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint.

3. Plaintiff's November 10, 2011 motion to stay (Docket No. 26) is denied for the reasons discussed in this court's order of October 5, 2011, denying an earlier motion to stay.

Dated: November 16, 2011

                                                  CAROLYN K. DELANEY
                                                  UNITED STATES MAGISTRATE JUDGE

/mp
will2893.36(2)