IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIRK DOUGLAS WILLIAMS,

        Plaintiff,              No. 2:10-cv-2893 KJM CKD P

   vs.

STATE OF CALIFORNIA, et al.,

        Defendants.      ORDER

_____/

       On January 25, 2013, plaintiff filed a motion for relief.  This civil rights action was closed on July 5, 2012.  Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

 Dated: February 1, 2013

                          _____
                         CAROLYN K. DELANEY
                         UNITED STATES MAGISTRATE JUDGE

2
will2893.58